RP:sb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MISCELLANEOUS NO: _____

IN RE: SEIZURE OF:

$90,000.00 SEIZED BY DEA ON 8/03/2015
FROM WARREN HENRY AUTO GROUP, INC.,
HELD ON DEPOSIT FOR JAVIER GUTIERREZ LOZANO,

SEIZURE NO. 15-DEA-614847                                          /

## UNITED STATES' MOTION TO EXTEND TIME
## IN WHICH TO FILE COMPLAINT

The United States through the undersigned attorney files this first motion to extend the time in which to file its complaint and submits that:

1. Pursuant to a consent seizure by Drug Enforcement Agents and Broward County Sheriff's Detectives, agents of the United States seized the above asset as part of a joint-agency investigation (FBI, DEA, Broward Sheriff's Office, etc) from Warren Henry Auto Group, Inc., after these funds had been received from potential customer Javier Gutierrez Lozano was suspected of money laundering and false statements to law enforcement officers.

2. Pursuant to Title 18 U.S.C. § 983(a)(3)(A), the government is required to file a complaint in forfeiture 90 days after a claim has been filed or if no complaint is filed, to release the property. The statute also provides that the Court may extend the time for good cause shown or by agreement of the parties.[1]

---

[1]Title 18 USC 983(a)(3)(A) reads:
Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the matter set forth in the Supplemental Rules for Certain Admiralty and Martime Claims or return the property pending the filing of a complaint, except that a

1

3. On October 29, 2015, Javier Gutierrez Lozano, represented by Attorney Gary S. Ostrow, P.A., filed a claim alleging ownership of the asset seized in this matter which was scheduled for administrative forfeiture, and requested that judicial forfeiture proceedings be instituted.  Undersigned counsel has conducted several telephone conferences with Mr. Ostrow, exchanging information as well as documentation from both parties in attempts to reach a settlement of this matter Administratively.   Notwithstanding the due diligence by both parties, additional exchanges of discovery documents require more time, including Spanish transcripts of critical documents necessary to a fair conclusion of the case.

4. The deadline for filing a civil complaint in the above described matter is scheduled to expire on Sunday, January 31, 2016.   The parties are jointly requesting an extension of time until <u>March 31, 2016</u>, in order to file the complaint which will allow the law enforcement investigation to be completed as well as give the parties additional time to attempt to reach a settlement in this matter.

5. The ongoing investigation is still proceeding in the matter and is expected to culminate with an Administrative settlement of the forfeiture allegations against the above-seized assets as part thereof.  Negotiations regarding the civil case remain open and will continue at least until the end of this extension of time.

6. In accordance with Rule 7.1 (a)(3), of the Local Rules for the Southern District of Florida, government counsel contacted Gary S. Ostrow, P.A., Counsel for Javier Gutierrez Lozano, via both email and telephonically and he has authorized undersigned counsel to represent to this Court that on behalf of his client he joins in the motion for an extension of time

---

court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.

to file a complaint in this matter.

WHEREFORE, the United States requests that the Court enter the attached Order extending the complaint filing deadline until March 31, 2016.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By: *s/Roger W. Powell*
    ROGER W. POWELL.
    ASSISTANT U.S. ATTORNEY
    500 East Broward Blvd., Suite 700
    Fort Lauderdale, Florida 33394
    Fla. Bar No. 341411
    TEL: (954) 660-5792    FAX: 356-7180
    Email: roger.powell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed, emailed and faxed this 29th day of January 2016:

    Gary S. Ostrow, Esquire
    The Law Offices of Gary S. Ostrow, P.A..
    3000 Northeast 30th Place, Suite 302
    Fort Lauderdale, Florida  33306
    Telephone (954) 566-4033
    Facsimile (954) 566-1021
    Email: gostrow2@gmail.com
    Bar Number: 35694

    *s/ Roger W. Powell*
    ROGER W. POWELL
    ASSISTANT U. S. ATTORNEY