UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$90,000.00 SEIZED BY DEA ON 8/03/2015
FROM WARREN HENRY AUTO GROUP, INC.,
HELD ON DEPOSIT FOR JAVIER GUTIERREZ LOZANO,

        Defendant.
_____/

## CIVIL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 2003? ____ Yes __X__ No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____ Yes __X__ No

3. Did this case originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ____ Yes __X__ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY: *Roger W. Powell*
        ROGER W. POWELL
        ASSISTANT U.S. ATTORNEY
        500 E. BROWARD BLVD., SUITE 700
        FT. LAUDERDALE, FLORIDA 33394
        TEL: (954) 660-5792
        FAX: (954) 356-7180
        BAR NO. 341411
        Roger.Powell@usdoj.gov