UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60188-MC-SNOW

IN RE: SEIZURE OF:

$90,000.00 SEIZED BY DEA ON 8/03/2015
FROM WARREN HENRY AUTO GROUP, INC.,
HELD ON DEPOSIT FOR JAVIER GUTIERREZ LOZANO,

SEIZURE NO. 15-DEA-614847                              /

## ORDER

THIS CAUSE is before the Court upon the United States' Motion To Extend Time In Which To File Complaint (ECF No. 1). Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Government's Motion To Extend Time In Which To File Complaint is GRANTED. Government counsel will have until March 31, 2016, within which to file its forfeiture complaint in this matter.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 29th day of January, 2016.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc:   AUSA Roger Powell